UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK TYLER ANTHONY,

        Plaintiff,

Case No.   11-13697

HONORABLE AVERN COHN

v.

KIRSTIE KIBBEY ETUE, BENNY N. NAPOLEON and MICHIGAN STATE POLICE,

        Defendants.

_____/

## JUDGMENT

For the reasons stated in the Order entered on September 07, 2012 judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: September 7, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 7, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160